# **EXHIBIT B**

COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

| | | |
|---|---|---|
| MABELYN RAYFORD, | : | Case No. A2203782 |
| | : | |
| Plaintiff, | : | Judge Robert A. Goering |
| | : | |
| v. | : | |
| | : | |
| SISTERS OF CHARITY OF CINCINNATI, OHIO, | : | **NOTICE OF FILING OF NOTICE OF REMOVAL OF DEFENDANT SISTERS OF CHARITY OF CINCINNATI, OHIO** |
| Defendant. | : | |

Defendant Sisters of Charity of Cincinnati, Ohio hereby gives notice that it filed with the United States District Court for the Southern District of Ohio, Western Division the Notice of Removal of Defendant Sisters of Charity of Cincinnati, Ohio ("Notice of Removal") on November 15, 2022.  A copy of the Notice of Removal is attached hereto as Exhibit A.

    Respectfully submitted,

/s/ Brian G. Dershaw
Brian G. Dershaw (0072589)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Tel.:  (513) 381-2838
Fax:  (513) 381-0205
bdershaw@taftlaw.com
Attorney for Defendant Sisters of Charity of Cincinnati, Ohio

75392366v1

## CERTIFICATE OF SERVICE

I certify that the foregoing was served via U.S. Mail, postage prepaid, and email this 15th day of November 2022, upon the following:

Evan R. McFarland
Matthew G. Bruce
Brianna R. Carden
Spitz, The Employee's Law Firm
Spectrum Office Tower
11260 Chester Road, Suite 825
Cincinnati, OH 45246
Phone: (216) 291-0244 x173
Fax: (216) 291-5744
Email: Matthew.Bruce@SpitzLawFirm.com
Email: Evan.McFarland@SpitzLawFirm.com
Email: Brianna.Carden @SpitzLawFirm.com
*Attorneys for Plaintiff Mabelyn Rayford*

/s/ *Brian G. Dershaw*

75392366v1